

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Principal Life Insurance Company

                                         **Plaintiff,**

               V.

Kevin McBarron

                                        **Defendant.**

**FILED**

5/7/2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:       S. Tweedle , Deputy

**Civil No.**  13-cv-01063-L-JMA

**STRICKEN DOCUMENT:**

**Per Order #**    6

5